```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN B. FETTER                  :    CIVIL ACTION
                                :
         v.                     :
                                :
NORTH AMERICAN ALCOHOLS,        :
INC., et al.                    :    NO. 06-4088
```

                                ORDER

    AND NOW, this 21st day of July, 2009, whereas the Court issued an Order on May 26, 2009 (Docket No. 78), requiring defendant North American Alcohols, Inc. ("NAA") to retain counsel or, in the alternative, to show cause, on or before June 22, 2009, why the Court should not enter default judgment against it; and whereas NAA has failed to respond to the Court's Order or to otherwise communicate with the Court; and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that default judgment shall be entered against NAA on the plaintiff's unjust enrichment claim.

    IT IS FURTHER ORDERED that the Court will hold a hearing on August 5, 2009, at 9:30 a.m., in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  At that time, the plaintiff may present evidence as to his damages.  Should NAA wish to be heard at said hearing,

it must retain counsel who must enter an appearance prior to that proceeding.

                                        BY THE COURT:


                                        <u>/s/ Mary A. McLaughlin</u>
                                        MARY A. MCLAUGHLIN, J.